1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NUMBER 23-CR-20018

UNITED STATES OF AMERICA

    **vs.**

TENZIN ORGIL,

       Defendant

---

**PLEA** HEARING HELD 7-24-2023
BEFORE THE HONORABLE KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT COURT JUDGE

---

<u>APPEARANCES</u>:

FOR THE UNITED STATES:    MONIQUE BOTERO, A.U.S.A.
                       99 N.E. 4th Street
                       Miami, FL  33132

FOR THE DEFENDANT:      RICHARD COOPER, ESQ.
                       **14 N.E. 1st Avenue**
                       Miami, FL  33132

REPORTED BY:            PATRICIA SANDERS, RPR
                       United States Court Reporter
                       400 North Miami Avenue, Suite 11-3
                       Miami, FL  33128
                       T: 305.523.5528
                       patricia_sanders@flsd.uscourts.gov.

1      THE COURTROOM DEPUTY:  The Court calls Case No.

2  23-CR-20018; United States versus Tenzin Orgil.

3      Counsel, please state your appearances for the record;

4  starting first with the Government.

5      MS. BOTERO:  Good afternoon, Your Honor, Monique Botero

6  on behalf of the United States.

7      MR. COOPER:  Good afternoon, Your Honor, Richard Cooper

8  on behalf of Mr. Orgil who is present before the Court.

9      THE COURT:  All right. As I understand it we are here

10  today for a plea in Mr. Orgil's case.

11      So if you would, sir, stand to be sworn in by my

12  courtroom deputy.

13      DEFENDANT SWORN.

14      THE COURT:  Oh, and everyone may be seated.

15  Q.  Mr. Orgil, before we go any further, I want to make certain

16  you understand a few things.

17      First, you are now under oath, and so any answer that you

18  give me that is found to be false could be used against you in

19  a separate proceeding for perjury or for making a false

20  statement.

21      Do you understand that?

22  A.  Yes, Your Honor.

23  Q.  Second, if at any time you do not understand a question I

24  ask you, please let me know and I will endeavor to explain it

25  for you.

01:09   1     Or if at any time you wish to speak with your attorney

01:09   2  please let me know, we will take a moment to do so.

01:09   3     Do you understand?

01:09   4  A.   Yes, Your Honor.

01:09   5  Q.   I first need to take some background information from you.

01:09   6  If you would give us your full name for the record.

01:09   7  A.   My name is Tenzin Dothon Orgil.

01:09   8  Q.   And where were you born?

01:09   9  A.   I was born in Oakland, California.

01:09  10  Q.   And how old are you, sir?

01:09  11  A.   24.

01:10  12  Q.   How far did you go in school?

01:10  13  A.   I attended university for three years.

01:10  14  Q.   In any particular area of study?

01:10  15  A.   Business with economics.

01:10  16  Q.   And you are an American citizen?

01:10  17  A.   Yes.

01:10  18  Q.   I now have to ask you some questions about your medical

01:10  19  history.  Have you ever been treated for any mental illness or

01:10  20  addiction to narcotic drugs or substances of any kind?

01:10  21  A.   Yes, Your Honor.

01:10  22  Q.   And if you could tell me a little about that.

01:10  23  A.   I was diagnosed with being on the spectrum for autism.

01:11  24  Q.   Approximately when -- I don't need a date -- but if you

01:11  25  could give me a year.

01:11  1   A.  About four years ago.

01:11  2   Q.  Were you put on any kind of a regiment of medication?

01:11  3   A.  No, not that I remember.

01:11  4   Q.  Did you get any type therapeutic treatment?

01:11  5   A.  I did a couple of sessions, but that was about it.

01:11  6   Q.  All right. Are you currently under the influence of any

01:11  7   prescription medication, narcotics or alcoholic beverages of

01:11  8   any kind?

01:12  9   A.  No.

01:12  10  Q.  Have you taken any medications or any other substance in

01:12  11  the past two days?

01:12  12  A.  No.

01:12  13  Q.  Other than what we have discussed, are you under the care

01:12  14  of a doctor for any medical issue, such as high blood pressure,

01:12  15  diabetes, asthma or anything?

01:12  16  A.  No.

01:12  17          THE COURT:  Mr. Cooper, in your opinion is your client

01:12  18  capable and competent of entering a plea here today?

01:12  19          MR. COOPER:  Yes, Judge.

01:12  20  Q.  Let's turn now to the case.

01:12  21  A.  Yes.

01:12  22  Q.  Have you thoroughly read and reviewed the charges with Mr.

01:12  23  Cooper?

01:12  24  A.  Yes.

01:12  25

Q.  And have you discussed all of the charges, as well as the evidence the Government has supporting the charges, and any possible legal defenses to those charges with your lawyer Mr. Cooper?

A.  Yes.

Q.  Are you fully satisfied with the advice given to you by your lawyer?

A.  Yes, Your Honor.

Q.  Is there anything concerning your counsel's representation that you are unhappy with or wish to speak to me about here today?

A.  No.

Q.  Now, it is my understanding you wish to plead guilty to Counts 1, 3 and 5 of this indictment.

Count 1 charges that beginning in or around September of 2020 and continuing through on or about December 7, 2020 in Miami Dade County, in the Southern District of Florida and elsewhere the defendant, Tenzin Orgil, did knowingly and willfully combine, conspire, confederate and agree with other persons unknown to the Grand Jury to distribute a controlled substance.

This in violation of Title 21 United States Code Section 841(a)(1); all in violation of Title 21 United States Code Section 846.

01:14  1    The controlled substance involved in the conspiracy

01:14  2 attributable to the defendant as a result of his own conduct

01:14  3 and the conduct of other conspirators reasonably foreseeable to

01:14  4 him is a detectable amount of Fentanyl a Schedule II controlled

01:14  5 substance.

01:14  6    In violation of Title 21 United States Code Section

01:14  7 841(b)(1)(c).

01:14  8    So, in Count 1, Mr. Orgil, you are charged with conspiring

01:14  9 to distribute Fentanyl.   Do you understand the charge against

01:14  10 you in Count 1?

01:14  11 A.   Yes, Your Honor.

01:14  12 Q.   Count 3 states that beginning in or around March 2020 and

01:15  13 continuing through the date of the indictment, which was

01:15  14 January 2023, in Miami Dade County in the Southern District of

01:15  15 Florida and elsewhere the defendant, you, Tenzin Orgil did

01:15  16 knowingly and willfully combine, conspire, confederate and

01:15  17 agree with other persons unknown to the Grand Jury to

01:15  18 distribute a controlled substance.

01:15  19    This in violation of Title 21 United States Code Section

01:15  20 841(a)(1); all in violation of Title 21 United States Code

01:15  21 Section 846.

01:15  22    The controlled substance involved in the conspiracy

01:15  23 attributable to you as a result of your own conduct and the

01:15  24 conduct of other conspirators reasonably foreseeable to you is

01:15  25 50 grams or more of Methamphetamine.

01:15  1    And Methamphetamine is a Schedule II controlled substance.

01:15  2    That is in violation of Title 21 United States Code Section

01:15  3    841(b)(1)(A)(8).

01:16  4        In Count 3, Mr. Orgil, you are charged with conspiracy to

01:16  5    distribute Methamphetamine.  Do you understand the charge

01:16  6    against you in Count 3?

01:16  7    A.  Yes, Your Honor.

01:16  8    Q.  Finally, Count 5 alleges that beginning in and around

01:16  9    September of 2020 continuing through on or about December 7th,

01:16  10   2020, in Miami Dade County, in the Southern District of Florida

01:16  11   and elsewhere, the defendant, you, Tenzin Orgil, did knowingly

01:16  12   and willfully combine, conspire, confederate and agree with

01:16  13   other persons unknown to the Grand Jury to commit certain

01:16  14   offenses against the United States.

01:16  15       That is to knowingly conduct a financial transaction

01:16  16   affecting Interstate and Foreign Commerce, which transaction

01:17  17   involved the proceeds of specified unlawful activity, knowing

01:17  18   that the property involved in the transaction represented the

01:17  19   proceeds of some form of unlawful activity.

01:17  20       And knowing that the transaction was designed in whole or

01:17  21   in part to conceal and disguise the nature, the location, the

01:17  22   source, the ownership and the control of the proceeds of the

01:17  23   specified unlawful activity.

01:17  24       This in violation of Title 18 United States Code Section

       25   1956(a)(1)(B)(1).

1        It is further alleged the specified unlawful activity is

2    the felonious manufacture, importation, receiving, concealment,

3    buying, selling or otherwise dealing in a controlled substance.

4        This in violation of Title 21 United States Code Section

5    846 and 841(a)(1); punishable under the laws of the United

6    States.  All in violation of Title 18 United States Code

7    Section 1956(h).

8        So in Count 5, Mr. Orgil, you are charged with conspiracy

9    to commit money laundering.  Do you understand the charge

10   against you in Count 5?

11   A.  Yes, Your Honor.

12   Q.  Now in order for you to be found guilty of these charges

13   against you the Government must prove certain facts, elements,

14   beyond a reasonable doubt.

15       So in this instance as to Count 1 the Government must prove

16   the following beyond a reasonable doubt:

17       First, that two or more persons, you and unknown others, in

18   some way agreed to try to accomplish a shared and unlawful

19   plan.  In this instance it was to distribute Fentanyl.

20        Two, you knew the unlawful purpose of the plan and

21   willfully joined in it.

22       And, three, the object of the unlawful plan was to

23   distribute a detectable amount of Fentanyl.

24       Do you understand these are the things the Government must

25   establish beyond a reasonable doubt as to Count 1?

9

01:19   1    A.   Yes, Your Honor.

01:19   2    Q.   Count 3 is pretty much the same elements; although we have

01:19   3    a different substance and a different amount.

01:19   4         So as to Count 3 the Government must establish, again, that

01:19   5    two or more persons in some way agreed to try to accomplish a

01:19   6    shared and unlawful plan.  And in this count, Count 3, it was

01:19   7    to distribute Meth.

01:19   8         Two, you knew the unlawful purpose of the plan and you

01:19   9    willfully joined in it.

01:19   10        And, three, the object of the unlawful plan was to

01:19   11   distribute 50 grams or more of Methamphetamine.

01:20   12        Do you understand these are the facts the Government must

01:20   13   establish as to Count 3?

01:20   14   A.   Yes, Your Honor.

01:20   15   Q.   Now, as to Count 5 the Government must establish, again,

01:20   16   two or more persons in some way agreed to try to accomplish a

01:20   17   shared and unlawful plan; in this instance to engage in money

01:20   18   laundering.

01:20   19        Two, you knew the unlawful purpose of the plan and you

01:20   20   willfully joined in it.

01:20   21        And the elements of money laundering are as follows:

01:20   22        One, that you knowingly conducted or tried to conduct a

01:20   23   financial transaction.

01:20   24        Two, you knew that the money or property involved in the

01:20   25   transaction were the proceeds of some unlawful activity.

01:20 1       Here it is the distribution of Fentanyl and Meth.

01:20 2       Three, the money and property did come from specified

01:20 3   unlawful activity; which was the manufacturing, importation,

01:20 4   concealment, selling, dealing in a controlled substance.

01:20 5       And, four, you knew that the financial transaction was

01:20 6   designed in whole or in part to conceal or disguise the nature,

01:20 7   location, source, ownership and control of the proceeds.

01:21 8       Do you understand these are the elements the Government

01:21 9   must establish beyond a reasonable doubt as to Count 5?

01:21 10  A.  Yes, Your Honor.

01:21 11  Q.  Just as different crimes have different facts that make up

01:21 12  the crime, different crimes also carry with them different

01:21 13  punishments and penalties.

01:21 14      In this instance the crime as charged in Count 1 carries

01:21 15  with it the following possible punishment and penalties; a

01:21 16  maximum term of imprisonment of up to 20 years; followed by a

01:21 17  term of supervised release, a minimum term, of at least three

01:21 18  years up to life; a fine of up to a million dollars and a

01:22 19  special assessment of $100.

01:22 20      As to Count 3, it is a statutory mandatory minimum of ten

01:22 21  years, because of the amount involved, up to life imprisonment,

01:22 22  a statutory minimum of five years of supervision up to life, a

01:22 23  fine of up to ten million dollars and a special assessment of

01:22 24  $100.

01:22 25

01:22  1      And then Count 5 carries with it a maximum term of 20 years

01:22  2  imprisonment, followed by a term of supervision of up to three

01:22  3  years, a fine of up to $500,000, or twice the value of the

01:22  4  property involved in the offense, and a special assessment of

01:22  5  $100.

01:23  6      Do you understand, Mr. Orgil, if you plead guilty here

01:23  7  today to those three counts I can impose a sentence anywhere

01:23  8  within those terms and ranges?

01:23  9  A.   Yes, Your Honor.

01:23  10  Q.   Now, in speaking of sentencing, have you spoken with Mr.

01:23  11  Cooper about the advisory Federal sentencing guidelines and how

01:23  12  they will help me to determine the sentence in your case?

01:23  13  A.   Yes.

01:23  14  Q.   I want to talk to you briefly about the guidelines to be

01:23  15  certain that you understand how they operate.

01:23  16  A.   Okay.

01:23  17  Q.   As I just said, the guidelines are advisory, not mandatory,

01:23  18  which means I have to consider them, but I do not have to

01:23  19  follow them.

01:23  20      But as to Count 3, as we just discussed, I must start with

01:23  21  that ten year mandatory minimum sentence.

01:23  22      However, even with that ten year mandatory sentence, I

23  still have to calculate and come up with an advisory guideline

24  range for your case.

25

1        And I know that your attorney would have sat down with

2   you and shown you the guideline book where different crimes

3   like the ones you are charged with have different number values

4   assigned, a base offense level 15, 20, 30, whatever the number

5   assigned to the particular crime is.

6        In the instance of a crime involving a controlled substance

7   the number value is generated by the amount of drugs involved.

8   Also, if you were a leader or organizer that would affect it.

9   I would also have to take into account if you have any other

10   criminal convictions.

11        Based upon all of those calculations, I would then find

12   your sentencing range, which is located on the grid at the back

13   of the guideline book; and once I have that sentencing range I

14   must then take into account what your attorney would have

15   referred to as the 3553 factors, which is the number of the law

16   where they are listed out.

17        And having all of that information to consider and review I

18   must then impose the sentence that is reasonable under the

19   circumstances of your particular case.

20        Do you understand that is how guidelines work?

21   A.   Yes, Your Honor.

22   Q.   Now, any estimate of the sentence you might receive at this

23   point is just that, it is only an estimate, and I will not know

24   where your range will be fixed until I have had an opportunity

25   to review a presentence investigation report that is authored

1    by the Probation Office. After today a probation officer will

2    interview you with your lawyer present, as well as speaking

3    with the Government, a draft report will then be issued and you

4    and your lawyer will have the opportunity to review it.

5        Your lawyer will make objections, edits, or anything else

6    they believe needs to be added, as will the Government, a final

7    report will be issued, and we will come back to discuss it and

8    I will then impose sentence.

9        Do you understand that is how the process works?

01:27  10   A.   Yes.

01:27  11   Q.   You will not be allowed to take back your guilty plea

12   simply because I give you a sentence that sitting here today

13   you did not think you would get.

14       Bottom line, you will not be allowed to take back your

15   guilty plea if you do not like or anticipate the sentence I

16   give you.

17       Do you understand that?

01:27  18   A.   Yes.

01:27  19   Q.   Now I have been provided two documents in your case.  The

01:27  20   first one I want to discuss is entitled plea agreement.  It is

01:28  21   nine pages long, on the ninth page there are three signature

01:28  22   lines, and the last signature says Tenzin Orgil. Is this your

01:28  23   signature on the document I now hold?

01:28  24   A.   Yes, Your Honor.

01:28  25

| | | |
|---|---|---|
| 01:28 | 1 | Q.   Before you signed the document did you read and review it? |
| 01:29 | 2 | A.   Yes. |
| 01:29 | 3 | Q.   Did you thoroughly read and review it with your attorney as |
| | 4 | well? |
| | 5 | A.   Yes, Your Honor. |
| | 6 | Q.   And did you ask any questions you might have had about the |
| | 7 | meaning of any of the language in the document, what it might |
| | 8 | mean for your case, and have all of those questions answered |
| 01:29 | 9 | fully? |
| 01:29 | 10 | A.   Yes, Your Honor. |
| 01:29 | 11 | Q.   And as we sit here today, do you understand the obligations |
| 01:29 | 12 | it imposes on you and the obligations it imposes on the United |
| 01:29 | 13 | States? |
| 01:29 | 14 | A.   Yes, Your Honor. |
| 01:29 | 15 | Q.   Now I am not going to read the entire agreement, but I do |
| 01:29 | 16 | want to go over a few of the provisions to make certain that |
| 01:29 | 17 | you do understand. |
| 01:29 | 18 |     So let's start at page two, paragraph four.  There you |
| 01:29 | 19 | acknowledge that you understand the possible penalties in the |
| 01:29 | 20 | case, the ones that I just went over with you a few minutes |
| 01:30 | 21 | ago. |
| 01:30 | 22 |     Do you understand, Mr. Orgil, that is what is set out in |
| 01:30 | 23 | paragraph four? |
| 01:30 | 24 | A.   Yes, Your Honor. |
| 01:30 | 25 | |

Q.  Then on page three, paragraph seven, the Government agrees to recommend that your sentencing level be reduced because you are pleading guilty and accepting responsibility.

They will not have to make that recommendation however if you, one, are not truthful with Probation in the report we talked about; if you are found to have lied to the Government before coming here today or you commit any misconduct after today.

That will relieve them of their responsibility to make that recommendation.  Do you understand that?

A.  Yes, Your Honor.

Q.  Going now to paragraph eight, page four, both you and the Government recommend how you believe I should calculate the guidelines, how to score your sentencing range.

Here the guideline level is linked to the quantity of drugs.  You agree to recommend that the Fentanyl be set at 2.54 grams and the Methamphetamine be set at 4.965 kilograms.

You both agree because you used a computer for this crime there will be a two level increase for mass marketing. And also under the money laundering statute you will receive a two level increase.

You both agree that it is a sophisticated money laundering which adds another two levels.  So this language sets out the parties' agreement as to how I should calculate your base offense level.  Do you understand that?

A.   Yes, Your Honor.

Q.   In paragraphs 9 through 11 you agree to cooperate with the United States in any way they call upon you to do so. If agents wish to speak with you then you will make yourself available to speak with them.

If the Government wishes you to testify in a Grand Jury proceeding or here in court you will make yourself available for that as well.  However it is the Government needs you, you will make yourself available.

The Government then will consider that cooperation, and based upon their consideration they may file a motion to bring your sentence even lower.

Do you understand the decision to make that motion is the Government's alone, not your attorney's, and not even the Court's.  And nothing in this agreement requires the Government to file the motion, it is up to them ultimately.

Also, nothing in this agreement requires me to grant that motion if it is filed by the Government's attorney.

Do you understand that as well?

A.   Yes, Your Honor.

Q.   Let's go to page six, paragraph 13. You agree as to this negotiated resolution that you are giving up the right to appeal your sentence to a Higher Reviewing Court. There are still some circumstances where you may appeal however.

1    If I impose an illegal sentence you can appeal that.  And

2  let me give you an example. If as to Count 5 I give you twenty

3  years and a day -- I would not do that -- but that is beyond

4  the maximum sentence of twenty years, and so if I did that you

5  could appeal.

6    If once I determine your guideline range I think there are

7  extraordinary circumstances and I depart upward, then you can

8  appeal.

9    If I go lower the Government can appeal. The Government

10  retains the right to appeal no matter what.

11  Do you understand that?

12  A.   Yes, Your Honor.

13  Q.   Going to paragraph 14.   There it discusses your agreement

14  to give up any of the profits or proceeds of the illegal

15  activity, whether it is money, property or substitute property;

16  you agree to give that up.

17     Further you agree to a forfeiture money judgment in the

18  sum of $4,856, and you agree to give up two Rolex watches and

19  $23,978 in currency.

20  You have also agreed to give the Government a financial

21  disclosure statement.   You will maintain assets in excess of

22  $10,000.   You will provide information if you transferred any

23  assets in excess of $10,000 since the beginning of this

24  conspiracy.

01:37  1      And you are going to truthfully give the Government any

01:37  2  information about any interest, direct or indirect, you may

01:37  3  have had in any property that you have anywhere in the

01:37  4  universe.

01:37  5      Do you understand all of the language that is set out in

01:32  6  paragraphs 14 through 17?

01:37  7  A.  Yes, Your Honor.

01:37  8  Q.  Mr. Orgil, do you understand that all of the paragraphs in

9  your plea agreement, they are just recommendations to me as to

10  how I should sentence you?

11      I can follow all of them, I can follow one of them or I can

12  follow some of them, or I can decide not to follow any of the

13  recommendations, but no matter what my decision on sentencing

14  is you will not be allowed to take back your guilty plea.

01:37  15      Do you understand?

01:37  16  A.  Yes, Your Honor.

01:37  17  Q.  Other than what is expressly set out in the plea agreement,

01:37  18  and what we have talked about here today, has anyone made any

01:37  19  promise to you in order to get you to plead guilty?

01:38  20  A.  No.

01:38  21  Q.  On the other hand, has anyone threatened you or tried to

01:38  22  force or coerce you in order to get you to plead guilty?

01:40  23  A.  No.

01:40  24  Q.  Do you wish to plead guilty of your own freewill because

01:40  25  you are in fact guilty?

01:40  1   A.  Yes, Your Honor.

01:41  2   Q.  Now, the offenses to which you wish to plead guilty are

3   felony offenses, and if I accept your plea of guilty here today

4   you will be adjudicated guilty.

5       And such adjudication will deprive you of some valuable

6   civil rights in the future; such as your right to vote, your

7   right to hold public office, your right to serve on a jury and

8   the right to possess a firearm, ammunition or even a single

01:41  9   bullet or ammunition; do you understand that?

01:41  10  A.  Yes, Your Honor.

01:41  11  Q.  Now, we have just spent the past few minutes talking about

12  your pleading guilty, and before coming here today you had

13  entered a plea of not guilty.

14      Do you understand you have the right to persist in that

15  plea of not guilty, and you would have the right to a trial by

16  jury if you so choose; do you understand?

01:41  17  A.  Yes.

01:41  18  Q.  Now I need to explain to you the rights you would have if

19  you went to trial.  At trial you would be presumed innocent, as

20  you are right now, and the Government would have to prove your

21  guilt beyond a reasonable doubt, those elements we just talked

22  about.

23      You would have the right to the assistance of your lawyer,

24  the right to see and hear all of the witnesses against you, and

25  the right to have them vigorously cross examined in your

01:41  1   defense.  You would have the right to have the Court compel

2   people to come in and testify in your defense by issuing

3   subpoenas.  You would have the right to testify, and the right

4   to decline to testify, and if you did not testify your silence

5   could not be used against you, and you would retain the

6   presumption of innocence up until the time the jury rendered a

7   verdict.  Do you understand those rights?

01:41  8   A.   Yes, Your Honor.

01:41  9   Q.   Do you understand if you plead guilty here today that you

01:41  10  waive, you give up, your right to trial and all the rights

01:41  11  associated with the trial that I have just described to you?

01:41  12  A.   Yes, Your Honor.

01:41  13  Q.   I am holding a document that is titled factual proffer.  It

01:41  14  is five pages long and the last signature line on the last page

01:41  15  says Tenzin Orgil and is dated today's date.  Is this your

01:41  16  signature on the factual proffer?

01:41  17  A.   Yes, Your Honor.

01:41  18  Q.   Before you signed this document did you thoroughly read and

19  review it with your attorney?

20  A.   Yes, Your Honor.

21  Q.   Did you ask any question you might have had about the

22  meaning of the language in the document or the meaning of the

23  document for your case and have all of those questions answered

01:42  24  fully?

01:42  25  A.   Yes, Your Honor.

01:42  1    Q.  Do you agree that the facts contained in this document are

01:42  2    true and accurate facts describing your involvement in the

01:42  3    crimes charged in Counts 1, 3 and 5 of the indictment?

01:42  4    A.  Yes, Your Honor.

01:42  5    Q.  And do you agree that these are facts that if we went to

01:42  6    trial the Government could prove beyond a reasonable doubt, but

01:42  7    today for our purposes your signed proffer is a basis for your

01:42  8    guilty plea?

01:42  9    A.  Yes, Your Honor.

01:42  10           THE COURT:  Ms. Botero, on behalf of the Government,

01:42  11   is there anything that you believe I have neglected to discuss

01:42  12   or anything you believe I need to review or reiterate with Mr.

01:43  13   Orgil.

01:43  14           MS. BOTERO:  No, Your Honor.

01:43  15   Q.  Mr. Orgil, do you have any questions you would like to ask

01:43  16   of your attorney, anything you would like clarified or anything

01:43  17   that you would like to ask of me before we conclude?

01:43  18   A.  No, Your Honor.

01:43  19   Q.  So, let's recap what we have done here today.  We have

    20    talked about the fact you have had a very fine attorney helping

    21    you; who has discussed with you the charges, the penalties, the

    22    guidelines and the evidence the Government has and what your

    23    options are.

    24        You have had a chance to look over the evidence and all the

    25    documents in your case.

1      You and I have talked about these things, as well as your

2  right to trial, and what you give up by pleading guilty.

3      Having had a chance to talk to your lawyer, review your

4  case, and having had this conversation with me here today, how

5  do you now wish to plead to the crimes set forth in Counts 1, 3

01:43  6  and 5 of the indictment, guilty or not guilty?

01:43  7  A.   Guilty, Your Honor.

01:43  8  Q.   It is the finding of the Court in this case that the

9  defendant is fully competent and capable of entering an

10  informed plea; is aware of the nature of the charges and the

11  consequences of the plea.

12      I find that the plea of guilty is a knowing and voluntary

13  plea supported by an independent basis in fact containing each

14  of the essential elements of the offense.

15      The plea is therefore accepted and Mr. Orgil is now

16  adjudicated guilty of the crimes charged in Counts 1, 3 and 5

01:44  17  in this indictment.

01:44  18      I am going to order the presentence report that I discussed

01:45  19  with you earlier, and I am going to set a sentencing date of

01:45  20  October 11th at 2 o'clock in the afternoon.

01:45  21      Is there anything further I can take up on behalf of the

01:45  22  United States or Mr. Orgil?

01:45  23          MS. BOTERO:   No, Your Honor.

01:45  24          MR. COOPER:   I just wanted to let the Court know I

01:45  25  anticipate there may be a motion to continue the sentencing.

01:45  1          THE COURT:  All right. If the parties believe that

01:45  2  additional time is needed you need just file the motion and let

01:46  3  me know.

01:46  4          MR. COOPER:  Thank you, Your Honor.

01:46  5          THE COURT:  We are adjourned.

       6                    HEARING CONCLUDED

```
 1                        -   -   -

 2                   C E R T I F I C A T E

 3          I hereby certify that the foregoing is an accurate

 4     transcription of proceedings in the above-entitled matter.

 5

 6                                        /S/PATRICIA SANDERS

 7     _____                 _____

 8     DATE FILED                 PATRICIA SANDERS, RPR

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

**$**

**$10,000** [2] - 17:22, 17:23
**$100** [3] - 10:19, 10:24, 11:5
**$23,978** [1] - 17:19
**$4,856** [1] - 17:18
**$500,000** [1] - 11:3

**/**

**/S/PATRICIA** [1] - 24:6

**1**

**1** [10] - 5:14, 5:15, 6:8, 6:10, 8:15, 8:25, 10:14, 21:3, 22:5, 22:16
**11** [1] - 16:2
**11-3** [1] - 1:17
**11th** [1] - 22:20
**13** [1] - 16:21
**14** [3] - 1:14, 17:13, 18:6
**15** [1] - 12:4
**17** [1] - 18:6
**18** [2] - 7:24, 8:6
**1956(a)(1)(B)(1)** [1] - 7:25
**1956(h)** [1] - 8:7
**1st** [1] - 1:14

**2**

**2** [1] - 22:20
**2.54** [1] - 15:16
**20** [3] - 10:16, 11:1, 12:4
**2020** [5] - 5:16, 6:12, 7:9, 7:10
**2023** [1] - 6:14
**21** [7] - 5:22, 5:23, 6:6, 6:19, 6:20, 7:2, 8:4
**23-CR-20018** [2] - 1:2, 2:2
**24** [1] - 3:11

**3**

**3** [13] - 5:14, 6:12, 7:4, 7:6, 9:2, 9:4, 9:6, 9:13, 10:20, 11:20, 21:3, 22:5, 22:16
**30** [1] - 12:4
**305.523.5528** [1] - 1:18
**33128** [1] - 1:17
**33132** [2] - 1:13, 1:15

**3553** [1] - 12:15

**4**

**4.965** [1] - 15:17
**400** [1] - 1:17
**4th** [1] - 1:12

**5**

**5** [11] - 5:14, 7:8, 8:8, 8:10, 9:15, 10:9, 11:1, 17:2, 21:3, 22:6, 22:16
**50** [2] - 6:25, 9:11

**7**

**7** [1] - 5:16
**7-24-2023** [1] - 1:8
**7th** [1] - 7:9

**8**

**841(a)(1** [3] - 5:23, 6:20, 8:5
**841(b)(1)(A)(8)** [1] - 7:3
**841(b)(1)(c)** [1] - 6:7
**846** [3] - 5:24, 6:21, 8:5

**9**

**9** [1] - 16:2
**99** [1] - 1:12

**A**

**A.U.S.A** [1] - 1:12
**above-entitled** [1] - 24:4
**accept** [1] - 19:3
**accepted** [1] - 22:15
**accepting** [1] - 15:3
**accomplish** [3] - 8:18, 9:5, 9:16
**account** [2] - 12:9, 12:14
**accurate** [2] - 21:2, 24:3
**acknowledge** [1] - 14:19
**activity** [7] - 7:17, 7:19, 7:23, 8:1, 9:25, 10:3, 17:15
**added** [1] - 13:6
**addiction** [1] - 3:20
**additional** [1] - 23:2
**adds** [1] - 15:23

**adjourned** [1] - 23:5
**adjudicated** [2] - 19:4, 22:16
**adjudication** [1] - 19:5
**advice** [1] - 5:6
**advisory** [3] - 11:11, 11:17, 11:23
**affect** [1] - 12:8
**affecting** [1] - 7:16
**afternoon** [3] - 2:5, 2:7, 22:20
**agents** [1] - 16:3
**ago** [2] - 4:1, 14:21
**agree** [13] - 5:19, 6:17, 7:12, 15:16, 15:18, 15:22, 16:2, 16:21, 17:16, 17:17, 17:18, 21:1, 21:5
**agreed** [4] - 8:18, 9:5, 9:16, 17:20
**agreement** [8] - 13:20, 14:15, 15:24, 16:15, 16:17, 17:13, 18:9, 18:17
**agrees** [1] - 15:1
**alcoholic** [1] - 4:7
**alleged** [1] - 8:1
**alleges** [1] - 7:8
**allowed** [3] - 13:11, 13:14, 18:14
**alone** [1] - 16:14
**AMERICA** [1] - 1:3
**American** [1] - 3:16
**ammunition** [2] - 19:8, 19:9
**amount** [5] - 6:4, 8:23, 9:3, 10:21, 12:7
**answer** [1] - 2:17
**answered** [2] - 14:8, 20:23
**anticipate** [2] - 13:15, 22:25
**appeal** [7] - 16:23, 16:24, 17:1, 17:5, 17:8, 17:9, 17:10
**appearances** [2] - 1:11, 2:3
**area** [1] - 3:14
**assessment** [3] - 10:19, 10:23, 11:4
**assets** [2] - 17:21, 17:23
**assigned** [2] - 12:4, 12:5
**assistance** [1] - 19:23
**associated** [1] - 20:11
**asthma** [1] - 4:15
**attended** [1] - 3:13
**attorney** [8] - 3:1, 12:1, 12:14, 14:3,

16:18, 20:19, 21:16, 21:20
**attorney's** [1] - 16:14
**attributable** [2] - 6:2, 6:23
**authored** [1] - 12:25
**autism** [1] - 3:23
**available** [3] - 16:4, 16:7, 16:9
**Avenue** [2] - 1:14, 1:17
**aware** [1] - 22:10

**B**

**background** [1] - 3:5
**base** [2] - 12:4, 15:24
**based** [2] - 12:11, 16:11
**basis** [2] - 21:7, 22:13
**beginning** [4] - 5:15, 6:12, 7:8, 17:23
**behalf** [4] - 2:6, 2:8, 21:10, 22:21
**beverages** [1] - 4:7
**beyond** [7] - 8:14, 8:16, 8:25, 10:9, 17:3, 19:21, 21:6
**blood** [1] - 4:14
**book** [2] - 12:2, 12:13
**born** [2] - 3:8, 3:9
**BOTERO** [4] - 1:12, 2:5, 21:14, 22:23
**Botero** [2] - 2:5, 21:10
**bottom** [1] - 13:14
**briefly** [1] - 11:14
**bring** [1] - 16:11
**bullet** [1] - 19:9
**business** [1] - 3:15
**buying** [1] - 8:3
**BY** [1] - 1:16

**C**

**calculate** [3] - 11:23, 15:13, 15:24
**calculations** [1] - 12:11
**California** [1] - 3:9
**capable** [2] - 4:18, 22:9
**care** [1] - 4:13
**carries** [2] - 10:14, 11:1
**carry** [1] - 10:12
**case** [13] - 1:2, 2:10, 4:20, 11:12, 11:24, 12:19, 13:19, 14:8, 14:20, 20:23, 21:25, 22:4, 22:8

**Case** [1] - 2:1
**certain** [5] - 2:15, 7:13, 8:13, 11:15, 14:16
**certify** [1] - 24:3
**chance** [2] - 21:24, 22:3
**charge** [3] - 6:9, 7:5, 8:9
**charged** [7] - 6:8, 7:4, 8:8, 10:14, 12:3, 21:3, 22:16
**charges** [8] - 4:22, 5:1, 5:2, 5:3, 5:15, 8:12, 21:21, 22:10
**choose** [1] - 19:16
**circumstances** [3] - 12:19, 16:24, 17:7
**citizen** [1] - 3:16
**civil** [1] - 19:6
**clarified** [1] - 21:16
**client** [1] - 4:17
**Code** [9] - 5:22, 5:23, 6:6, 6:19, 6:20, 7:2, 7:24, 8:4, 8:6
**coerce** [1] - 18:22
**combine** [3] - 5:19, 6:16, 7:12
**coming** [2] - 15:7, 19:12
**Commerce** [1] - 7:16
**commit** [3] - 7:13, 8:9, 15:7
**compel** [1] - 20:1
**competent** [2] - 4:18, 22:9
**computer** [1] - 15:18
**conceal** [2] - 7:21, 10:6
**concealment** [2] - 8:2, 10:4
**concerning** [1] - 5:9
**conclude** [1] - 21:17
**CONCLUDED** [1] - 23:6
**conduct** [6] - 6:2, 6:3, 6:23, 6:24, 7:15, 9:22
**conducted** [1] - 9:22
**confederate** [3] - 5:19, 6:16, 7:12
**consequences** [1] - 22:11
**consider** [3] - 11:18, 12:17, 16:10
**consideration** [1] - 16:11
**conspiracy** [5] - 6:1, 6:22, 7:4, 8:8, 17:24
**conspirators** [2] - 6:3,

6:24
**conspire** [3] - 5:19, 6:16, 7:12
**conspiring** [1] - 6:8
**contained** [1] - 21:1
**containing** [1] - 22:13
**continue** [1] - 22:25
**continuing** [3] - 5:16, 6:13, 7:9
**control** [2] - 7:22, 10:7
**controlled** [9] - 5:20, 6:1, 6:4, 6:18, 6:22, 7:1, 8:3, 10:4, 12:6
**conversation** [1] - 22:4
**convictions** [1] - 12:10
**Cooper** [5] - 2:7, 4:17, 4:23, 5:4, 11:11
**COOPER** [5] - 1:14, 2:7, 4:19, 22:24, 23:4
**cooperate** [1] - 16:2
**cooperation** [1] - 16:10
**counsel** [1] - 2:3
**counsel's** [1] - 5:9
**count** [1] - 9:6
**Count** [22] - 5:15, 6:8, 6:10, 6:12, 7:4, 7:6, 7:8, 8:8, 8:10, 8:15, 8:25, 9:2, 9:4, 9:6, 9:13, 9:15, 10:9, 10:14, 10:20, 11:1, 11:20, 17:2
**counts** [1] - 11:7
**Counts** [4] - 5:14, 21:3, 22:5, 22:16
**County** [3] - 5:17, 6:14, 7:10
**couple** [1] - 4:5
**COURT** [8] - 1:1, 1:9, 2:9, 2:14, 4:17, 21:10, 23:1, 23:5
**court** [1] - 16:7
**Court** [7] - 1:16, 2:1, 2:8, 16:23, 20:1, 22:8, 22:24
**Court's** [1] - 16:15
**COURTROOM** [1] - 2:1
**courtroom** [1] - 2:12
**crime** [5] - 10:12, 10:14, 12:5, 12:6, 15:18
**crimes** [6] - 10:11, 10:12, 12:2, 21:3, 22:5, 22:16
**criminal** [1] - 12:10
**cross** [1] - 19:25

**currency** [1] - 17:19

### D

**Dade** [3] - 5:17, 6:14, 7:10
**DATE** [1] - 24:8
**date** [4] - 3:24, 6:13, 20:15, 22:19
**dated** [1] - 20:15
**days** [1] - 4:11
**dealing** [2] - 8:3, 10:4
**December** [2] - 5:16, 7:9
**decide** [1] - 18:12
**decision** [2] - 16:13, 18:13
**decline** [1] - 20:4
**defendant** [5] - 5:18, 6:2, 6:15, 7:11, 22:9
**Defendant** [1] - 1:7
**DEFENDANT** [2] - 1:14, 2:13
**defense** [2] - 20:1, 20:2
**defenses** [1] - 5:3
**depart** [1] - 17:7
**deprive** [1] - 19:5
**DEPUTY** [1] - 2:1
**deputy** [1] - 2:12
**described** [1] - 20:11
**describing** [1] - 21:2
**designed** [2] - 7:20, 10:6
**detectable** [2] - 6:4, 8:23
**determine** [2] - 11:12, 17:6
**diabetes** [1] - 4:15
**diagnosed** [1] - 3:23
**different** [8] - 9:3, 10:11, 10:12, 12:2, 12:3
**direct** [1] - 18:2
**disclosure** [1] - 17:21
**discuss** [2] - 13:7, 13:20, 21:11
**discussed** [5] - 4:13, 5:1, 11:20, 21:21, 22:18
**discusses** [1] - 17:13
**disguise** [2] - 7:21, 10:6
**distribute** [8] - 5:20, 6:9, 6:18, 7:5, 8:19, 8:23, 9:7, 9:11
**distribution** [1] - 10:1
**DISTRICT** [3] - 1:1, 1:1, 1:9
**District** [3] - 5:17,

6:14, 7:10
**DIVISION** [1] - 1:2
**doctor** [1] - 4:14
**document** [8] - 13:23, 14:1, 14:7, 20:13, 20:18, 20:22, 20:23, 21:1
**documents** [2] - 13:19, 21:25
**dollars** [2] - 10:18, 10:23
**done** [1] - 21:19
**Dothon** [1] - 3:7
**doubt** [6] - 8:14, 8:16, 8:25, 10:9, 19:21, 21:6
**down** [1] - 12:1
**draft** [1] - 13:3
**drugs** [3] - 3:20, 12:7, 15:16

### E

**economics** [1] - 3:15
**edits** [1] - 13:5
**eight** [1] - 15:12
**elements** [6] - 8:13, 9:2, 9:21, 10:8, 19:21, 22:14
**elsewhere** [3] - 5:18, 6:15, 7:11
**endeavor** [1] - 2:24
**engage** [1] - 9:17
**entered** [1] - 19:13
**entering** [2] - 4:18, 22:9
**entire** [1] - 14:15
**entitled** [2] - 13:20, 24:4
**ESQ** [1] - 1:14
**essential** [1] - 22:14
**establish** [5] - 8:25, 9:4, 9:13, 9:15, 10:9
**estimate** [2] - 12:22, 12:23
**evidence** [5] - 5:2, 21:22, 21:24
**examined** [1] - 19:25
**example** [1] - 17:2
**excess** [2] - 17:21, 17:23
**explain** [2] - 2:24, 19:18
**expressly** [1] - 18:17
**extraordinary** [1] - 17:7

### F

**fact** [3] - 18:25, 21:20,

22:13
**factors** [1] - 12:15
**facts** [6] - 8:13, 9:12, 10:11, 21:1, 21:2, 21:5
**factual** [2] - 20:13, 20:16
**false** [2] - 2:18, 2:19
**far** [1] - 3:12
**Federal** [1] - 11:11
**felonious** [1] - 8:2
**felony** [1] - 19:3
**Fentanyl** [6] - 6:4, 6:9, 8:19, 8:23, 10:1, 15:16
**few** [4] - 2:16, 14:16, 14:20, 19:11
**file** [3] - 16:11, 16:16, 23:2
**FILED** [1] - 24:8
**filed** [1] - 16:18
**final** [1] - 13:6
**finally** [1] - 7:8
**financial** [4] - 7:15, 9:23, 10:5, 17:20
**fine** [4] - 10:18, 10:23, 11:3, 21:20
**firearm** [1] - 19:8
**first** [5] - 2:4, 2:17, 3:5, 8:17, 13:20
**five** [2] - 10:22, 20:14
**fixed** [1] - 12:24
**FL** [3] - 1:13, 1:15, 1:17
**Florida** [3] - 5:17, 6:15, 7:10
**FLORIDA** [1] - 1:1
**follow** [5] - 11:19, 18:11, 18:12
**followed** [2] - 10:16, 11:2
**following** [2] - 8:16, 10:15
**follows** [1] - 9:21
**FOR** [2] - 1:12, 1:14
**force** [1] - 18:22
**foregoing** [1] - 24:3
**Foreign** [1] - 7:16
**foreseeable** [2] - 6:3, 6:24
**forfeiture** [1] - 17:17
**form** [1] - 7:19
**forth** [1] - 22:5
**four** [5] - 4:1, 10:5, 14:18, 14:23, 15:12
**freewill** [1] - 18:24
**full** [1] - 3:6
**fully** [4] - 5:6, 14:9, 20:24, 22:9

**future** [1] - 19:6

### G

**generated** [1] - 12:7
**given** [1] - 5:6
**Government** [26] - 2:4, 5:2, 8:13, 8:15, 8:24, 9:4, 9:12, 9:15, 10:8, 13:3, 13:6, 15:1, 15:6, 15:13, 16:6, 16:8, 16:10, 16:15, 17:9, 17:20, 18:1, 19:20, 21:6, 21:10, 21:22
**Government's** [2] - 16:14, 16:18
**grams** [3] - 6:25, 9:11, 15:17
**Grand** [4] - 5:20, 6:17, 7:13, 16:6
**grant** [1] - 16:17
**grid** [1] - 12:12
**guideline** [5] - 11:23, 12:2, 12:13, 15:15, 17:6
**guidelines** [6] - 11:11, 11:14, 11:17, 12:20, 15:14, 21:22
**guilt** [1] - 19:21
**guilty** [25] - 5:13, 8:12, 11:6, 13:11, 13:15, 15:3, 18:14, 18:19, 18:22, 18:24, 18:25, 19:2, 19:3, 19:4, 19:12, 19:13, 19:15, 20:9, 21:8, 22:2, 22:6, 22:7, 22:12, 22:16

### H

**hand** [1] - 18:21
**hear** [1] - 19:24
**HEARING** [2] - 1:8, 23:6
**HELD** [1] - 1:8
**help** [1] - 11:12
**helping** [1] - 21:20
**hereby** [1] - 24:3
**high** [1] - 4:14
**Higher** [1] - 16:23
**history** [1] - 3:19
**hold** [2] - 13:23, 19:7
**holding** [1] - 20:13
**Honor** [39] - 2:5, 2:7, 2:22, 3:4, 3:21, 5:8, 6:11, 7:7, 8:11, 9:1, 9:14, 10:10, 11:9, 12:21, 13:24, 14:5,

14:10, 14:14, 14:24, 15:11, 16:1, 16:20, 17:12, 18:7, 18:16, 19:1, 19:10, 20:8, 20:12, 20:17, 20:20, 20:25, 21:4, 21:9, 21:14, 21:18, 22:7, 22:23, 23:4
**HONORABLE** [1] - 1:9

## I

**II** [2] - 6:4, 7:1
**illegal** [2] - 17:1, 17:14
**illness** [1] - 3:19
**importation** [2] - 8:2, 10:3
**impose** [4] - 11:7, 12:18, 13:8, 17:1
**imposes** [2] - 14:12
**imprisonment** [3] - 10:16, 10:21, 11:2
**increase** [2] - 15:19, 15:21
**independent** [1] - 22:13
**indictment** [5] - 5:14, 6:13, 21:3, 22:6, 22:17
**indirect** [1] - 18:2
**influence** [1] - 4:6
**information** [4] - 3:5, 12:17, 17:22, 18:2
**informed** [1] - 22:10
**innocence** [1] - 20:6
**innocent** [1] - 19:19
**instance** [5] - 8:15, 8:19, 9:17, 10:14, 12:6
**interest** [1] - 18:2
**Interstate** [1] - 7:16
**interview** [1] - 13:2
**investigation** [1] - 12:25
**involved** [8] - 6:1, 6:22, 7:17, 7:18, 9:24, 10:21, 11:4, 12:7
**involvement** [1] - 21:2
**involving** [1] - 12:6
**issue** [1] - 4:14
**issued** [2] - 13:3, 13:7
**issuing** [1] - 20:2

## J

**January** [1] - 6:14
**joined** [3] - 8:21, 9:9, 9:20
**JUDGE** [1] - 1:9

**Judge** [1] - 4:19
**judgment** [1] - 17:17
**Jury** [4] - 5:20, 6:17, 7:13, 16:6
**jury** [3] - 19:7, 19:16, 20:6

## K

**KATHLEEN** [1] - 1:9
**kilograms** [1] - 15:17
**kind** [3] - 3:20, 4:2, 4:8
**knowing** [3] - 7:17, 7:20, 22:12
**knowingly** [5] - 5:18, 6:16, 7:11, 7:15, 9:22

## L

**language** [4] - 14:7, 15:23, 18:5, 20:22
**last** [3] - 13:22, 20:14
**laundering** [5] - 8:9, 9:18, 9:21, 15:20, 15:22
**law** [1] - 12:15
**laws** [1] - 8:5
**lawyer** [7] - 5:3, 5:7, 13:2, 13:4, 13:5, 19:23, 22:3
**leader** [1] - 12:8
**least** [1] - 10:17
**legal** [1] - 5:3
**level** [6] - 12:4, 15:2, 15:15, 15:19, 15:20, 15:25
**levels** [1] - 15:23
**lied** [1] - 15:6
**life** [3] - 10:18, 10:21, 10:22
**line** [2] - 13:14, 20:14
**lines** [1] - 13:22
**linked** [1] - 15:15
**listed** [1] - 12:16
**located** [1] - 12:12
**location** [2] - 7:21, 10:7
**look** [1] - 21:24
**lower** [2] - 16:12, 17:9

## M

**maintain** [1] - 17:21
**mandatory** [4] - 10:20, 11:17, 11:21, 11:22
**manufacture** [1] - 8:2
**manufacturing** [1] - 10:3
**March** [1] - 6:12

**marketing** [1] - 15:19
**mass** [1] - 15:19
**matter** [3] - 17:10, 18:13, 24:4
**maximum** [3] - 10:16, 11:1, 17:4
**mean** [1] - 14:8
**meaning** [3] - 14:7, 20:22
**means** [1] - 11:18
**medical** [2] - 3:18, 4:14
**medication** [2] - 4:2, 4:7
**medications** [1] - 4:10
**mental** [1] - 3:19
**Meth** [2] - 9:7, 10:1
**Methamphetamine** [5] - 6:25, 7:1, 7:5, 9:11, 15:17
**mIAMI** [1] - 1:2
**Miami** [7] - 1:13, 1:15, 1:17, 1:17, 5:17, 6:14, 7:10
**might** [4] - 12:22, 14:6, 14:7, 20:21
**million** [2] - 10:18, 10:23
**minimum** [4] - 10:17, 10:20, 10:22, 11:21
**minutes** [2] - 14:20, 19:11
**misconduct** [1] - 15:7
**moment** [1] - 3:2
**money** [9] - 8:9, 9:17, 9:21, 9:24, 10:2, 15:20, 15:22, 17:15, 17:17
**Monique** [1] - 2:5
**MONIQUE** [1] - 1:12
**motion** [6] - 16:11, 16:13, 16:16, 16:18, 22:25, 23:2
**MR** [4] - 2:7, 4:19, 22:24, 23:4
**MS** [3] - 2:5, 21:14, 22:23
**must** [10] - 8:13, 8:15, 8:24, 9:4, 9:12, 9:15, 10:9, 11:20, 12:14, 12:18

## N

**N.E** [2] - 1:12, 1:14
**name** [2] - 3:6, 3:7
**narcotic** [1] - 3:20
**narcotics** [1] - 4:7
**nature** [3] - 7:21, 10:6, 22:10

**need** [5] - 3:5, 3:24, 19:18, 21:12, 23:2
**needed** [1] - 23:2
**needs** [2] - 13:6, 16:8
**neglected** [1] - 21:11
**negotiated** [1] - 16:22
**nine** [1] - 13:21
**ninth** [1] - 13:21
**North** [1] - 1:17
**nothing** [2] - 16:15, 16:17
**Number** [1] - 1:2
**number** [4] - 12:3, 12:4, 12:7, 12:15

## O

**o'clock** [1] - 22:20
**Oakland** [1] - 3:9
**oath** [1] - 2:17
**object** [2] - 8:22, 9:10
**objections** [1] - 13:5
**obligations** [2] - 14:11, 14:12
**October** [1] - 22:20
**OF** [2] - 1:1, 1:3
**offense** [4] - 11:4, 12:4, 15:25, 22:14
**offenses** [3] - 7:14, 19:2, 19:3
**Office** [1] - 13:1
**office** [1] - 19:7
**officer** [1] - 13:1
**old** [1] - 3:10
**once** [2] - 12:13, 17:6
**one** [4] - 9:22, 13:20, 15:5, 18:11
**ones** [2] - 12:3, 14:20
**operate** [1] - 11:15
**opinion** [1] - 4:17
**opportunity** [2] - 12:24, 13:4
**options** [1] - 21:23
**order** [4] - 8:12, 18:19, 18:22, 22:18
**organizer** [1] - 12:8
**Orgil** [19] - 2:2, 2:8, 2:15, 3:7, 5:18, 6:8, 6:15, 7:4, 7:11, 8:8, 11:6, 13:22, 14:22, 18:8, 20:15, 21:13, 21:15, 22:15, 22:22
**ORGIL** [1] - 1:6
**Orgil's** [1] - 2:10
**otherwise** [1] - 8:3
**own** [3] - 6:2, 6:23, 18:24
**ownership** [2] - 7:22, 10:7

## P

**page** [6] - 13:21, 14:18, 15:1, 15:12, 16:21, 20:14
**pages** [2] - 13:21, 20:14
**paragraph** [6] - 14:18, 14:23, 15:1, 15:12, 16:21, 17:13
**paragraphs** [3] - 16:2, 18:6, 18:8
**part** [2] - 7:21, 10:6
**particular** [3] - 3:14, 12:5, 12:19
**parties** [1] - 23:1
**parties'** [1] - 15:24
**past** [2] - 4:11, 19:11
**PATRICIA** [2] - 1:16, 24:8
**patricia_sanders@ flsd.uscourts.gov** [1] - 1:18
**penalties** [2] - 10:13, 10:15, 14:19, 21:21
**people** [1] - 20:2
**perjury** [1] - 2:19
**persist** [1] - 19:14
**persons** [6] - 5:20, 6:17, 7:13, 8:17, 9:5, 9:16
**plan** [8] - 8:19, 8:20, 8:22, 9:6, 9:8, 9:10, 9:17, 9:19
**plea** [17] - 2:10, 4:18, 13:11, 13:15, 13:20, 18:9, 18:14, 18:17, 19:3, 19:13, 19:15, 21:8, 22:10, 22:11, 22:12, 22:13, 22:15
**plead** [8] - 5:13, 11:6, 18:19, 18:22, 18:24, 19:2, 20:9, 22:15
**pleading** [3] - 15:3, 19:12, 22:2
**point** [1] - 12:23
**possess** [1] - 19:8
**possible** [3] - 5:3, 10:15, 14:19
**prescription** [1] - 4:7
**present** [2] - 2:8, 13:2
**presentence** [2] - 12:25, 22:18
**pressure** [1] - 4:14
**presumed** [1] - 19:19
**presumption** [1] - 20:6
**pretty** [1] - 9:2
**Probation** [2] - 13:1, 15:5

**probation** [1] - 13:1
**proceeding** [2] - 2:19, 16:7
**proceedings** [1] - 24:4
**proceeds** [6] - 7:17, 7:19, 7:22, 9:25, 10:7, 17:14
**process** [1] - 13:9
**proffer** [3] - 20:13, 20:16, 21:7
**profits** [1] - 17:14
**promise** [1] - 18:19
**property** [7] - 7:18, 9:24, 10:2, 11:4, 17:15, 18:3
**prove** [4] - 8:13, 8:15, 19:20, 21:6
**provide** [1] - 17:22
**provided** [1] - 13:19
**provisions** [1] - 14:16
**public** [1] - 19:7
**punishable** [1] - 8:5
**punishment** [1] - 10:15
**punishments** [1] - 10:13
**purpose** [3] - 8:20, 9:8, 9:19
**purposes** [1] - 21:7
**put** [1] - 4:2

## Q

**quantity** [1] - 15:15
**questions** [5] - 3:18, 14:6, 14:8, 20:23, 21:15

## R

**range** [6] - 11:24, 12:12, 12:13, 12:24, 15:14, 17:6
**ranges** [1] - 11:8
**read** [5] - 4:22, 14:1, 14:3, 14:15, 20:18
**reasonable** [7] - 8:14, 8:16, 8:25, 10:9, 12:18, 19:21, 21:6
**reasonably** [2] - 6:3, 6:24
**recap** [1] - 21:19
**receive** [2] - 12:22, 15:20
**receiving** [1] - 8:2
**recommend** [3] - 15:2, 15:13, 15:16
**recommendation** [2] - 15:4, 15:10
**recommendations** [2]

- 18:9, 18:13
**record** [2] - 2:3, 3:6
**reduced** [1] - 15:2
**referred** [1] - 12:15
**regiment** [1] - 4:2
**reiterate** [1] - 21:12
**release** [1] - 10:17
**relieve** [1] - 15:9
**remember** [1] - 4:3
**rendered** [1] - 20:6
**report** [7] - 12:25, 13:3, 13:7, 15:5, 22:18
**REPORTED** [1] - 1:16
**Reporter** [1] - 1:16
**representation** [1] - 5:9
**represented** [1] - 7:18
**requires** [2] - 6:15, 16:17
**resolution** [1] - 16:22
**responsibility** [2] - 15:3, 15:9
**result** [2] - 6:2, 6:23
**retain** [1] - 20:5
**retains** [1] - 17:10
**review** [8] - 12:17, 12:25, 13:4, 14:1, 14:3, 20:19, 21:12, 22:3
**reviewed** [1] - 4:22
**Reviewing** [1] - 16:23
**RICHARD** [1] - 1:14
**Richard** [1] - 2:7
**rights** [4] - 19:6, 19:18, 20:7, 20:10
**Rolex** [1] - 17:18
**RPR** [2] - 1:16, 24:8

## S

**SANDERS** [3] - 1:16, 24:6, 24:8
**sat** [1] - 12:1
**satisfied** [1] - 5:6
**Schedule** [2] - 6:4, 7:1
**school** [1] - 3:12
**score** [1] - 15:14
**seated** [1] - 2:14
**Second** [1] - 2:23
**Section** [9] - 5:22, 5:24, 6:6, 6:19, 6:21, 7:2, 7:24, 8:4, 8:7
**see** [1] - 19:24
**selling** [2] - 8:3, 10:4
**sentence** [14] - 11:7, 11:12, 11:21, 11:22, 12:18, 12:22, 13:8, 13:12, 13:15, 16:12, 16:23, 17:1, 17:4,

18:10
**sentencing** [9] - 11:10, 11:11, 12:12, 12:13, 15:2, 15:14, 18:13, 22:19, 22:25
**separate** [1] - 2:19
**September** [2] - 5:15, 7:9
**serve** [1] - 19:7
**sessions** [1] - 4:5
**set** [7] - 14:22, 15:16, 15:17, 18:5, 18:17, 22:5, 22:19
**sets** [1] - 15:23
**seven** [1] - 15:1
**shared** [3] - 8:18, 9:6, 9:17
**shown** [1] - 12:2
**signature** [5] - 13:21, 13:22, 13:23, 20:14, 20:16
**signed** [3] - 14:1, 20:18, 21:7
**silence** [1] - 20:4
**simply** [1] - 13:12
**single** [1] - 19:8
**sit** [1] - 14:11
**sitting** [1] - 13:12
**six** [1] - 16:21
**sophisticated** [1] - 15:22
**source** [2] - 7:22, 10:7
**sOUTHERN** [1] - 1:1
**Southern** [3] - 5:17, 6:14, 7:10
**speaking** [2] - 11:10, 13:2
**special** [3] - 10:19, 10:23, 11:4
**specified** [4] - 7:17, 7:23, 8:1, 10:2
**spectrum** [1] - 3:23
**spent** [1] - 19:11
**spoken** [1] - 11:10
**stand** [1] - 2:11
**start** [2] - 11:20, 14:18
**starting** [1] - 2:4
**state** [1] - 2:3
**statement** [2] - 2:20, 17:21
**STATES** [4] - 1:1, 1:3, 1:9, 1:12
**states** [1] - 6:12
**States** [17] - 1:16, 2:2, 2:6, 5:22, 5:23, 6:6, 6:19, 6:20, 7:2, 7:14, 7:24, 8:4, 8:6, 14:13, 16:3, 22:22
**statute** [1] - 15:20
**statutory** [2] - 10:20,

10:22
**still** [2] - 11:23, 16:24
**Street** [1] - 1:12
**study** [1] - 3:14
**subpoenas** [1] - 20:3
**substance** [11] - 4:10, 5:21, 6:1, 6:5, 6:18, 6:22, 7:1, 8:3, 9:3, 10:4, 12:6
**substances** [1] - 3:20
**substitute** [1] - 17:15
**Suite** [1] - 1:17
**sum** [1] - 17:18
**supervised** [1] - 10:17
**supervision** [2] - 10:22, 11:2
**supported** [1] - 22:13
**supporting** [1] - 5:2
**sworn** [1] - 2:11
**SWORN** [1] - 2:13

## T

**ten** [4] - 10:20, 10:23, 11:21, 11:22
**Tenzin** [7] - 2:2, 3:7, 5:18, 6:15, 7:11, 13:22, 20:15
**TENZIN** [1] - 1:6
**term** [5] - 10:16, 10:17, 11:1, 11:2
**terms** [1] - 11:8
**testify** [5] - 16:6, 20:2, 20:3, 20:4
**THE** [10] - 1:9, 1:12, 1:14, 2:1, 2:9, 2:14, 4:17, 21:10, 23:1, 23:5
**therapeutic** [1] - 4:4
**therefore** [1] - 22:15
**thoroughly** [3] - 4:22, 14:3, 20:18
**threatened** [1] - 18:21
**three** [9] - 3:13, 8:22, 9:10, 10:2, 10:17, 11:2, 11:7, 13:21, 15:1
**Title** [9] - 5:22, 5:23, 6:6, 6:19, 6:20, 7:2, 7:24, 8:4, 8:6
**titled** [1] - 20:13
**today** [16] - 2:10, 4:18, 5:11, 11:7, 13:1, 13:12, 14:11, 15:7, 15:8, 18:18, 19:3, 19:12, 20:9, 21:7, 21:19, 22:4
**today's** [1] - 20:15
**transaction** [7] - 7:15, 7:16, 7:18, 7:20,

9:23, 9:25, 10:5
**transcription** [1] - 24:4
**transferred** [1] - 17:22
**treated** [1] - 3:19
**treatment** [1] - 4:4
**trial** [7] - 19:15, 19:19, 20:10, 20:11, 21:6, 22:2
**tried** [2] - 9:22, 18:21
**true** [1] - 21:2
**truthful** [1] - 15:5
**truthfully** [1] - 18:1
**try** [3] - 8:18, 9:5, 9:16
**turn** [1] - 4:20
**twenty** [2] - 17:2, 17:4
**twice** [1] - 11:3
**two** [14] - 4:11, 8:17, 8:20, 9:5, 9:8, 9:16, 9:19, 9:24, 13:19, 14:18, 15:19, 15:20, 15:23, 17:18
**type** [1] - 4:4

## U

**ultimately** [1] - 16:16
**under** [6] - 2:17, 4:6, 4:13, 8:5, 12:18, 15:20
**unhappy** [1] - 5:10
**UNITED** [3] - 1:1, 1:3, 1:12
**uNITED** [1] - 1:9
**United** [17] - 1:16, 2:2, 2:6, 5:22, 5:23, 6:6, 6:19, 6:20, 7:2, 7:14, 7:24, 8:4, 8:5, 8:6, 14:12, 16:3, 22:22
**universe** [1] - 18:4
**university** [1] - 3:13
**unknown** [4] - 5:20, 6:17, 7:13, 8:17
**unlawful** [14] - 7:17, 7:19, 7:23, 8:1, 8:18, 8:20, 8:22, 9:6, 9:8, 9:10, 9:17, 9:19, 9:25, 10:3
**up** [19] - 10:11, 10:16, 10:18, 10:21, 10:22, 10:23, 11:2, 11:3, 11:23, 16:16, 16:22, 17:14, 17:16, 17:18, 20:6, 20:10, 22:2, 22:21
**upward** [1] - 17:7

## V

**valuable** [1] - 19:5

**value** [2] - 11:3, 12:7
**values** [1] - 12:3
**verdict** [1] - 20:7
**versus** [1] - 2:2
**vigorously** [1] - 19:25
**violation** [9] - 5:22,
  5:23, 6:6, 6:19, 6:20,
  7:2, 7:24, 8:4, 8:6
**voluntary** [1] - 22:12
**vote** [1] - 19:6
**vs** [1] - 1:5

## W

**waive** [1] - 20:10
**watches** [1] - 17:18
**whole** [2] - 7:20, 10:6
**willfully** [6] - 5:19,
  6:16, 7:12, 8:21, 9:9,
  9:20
**WILLIAMS** [1] - 1:9
**wish** [7] - 3:1, 5:10,
  5:13, 16:4, 18:24,
  19:2, 22:5
**wishes** [1] - 16:6
**witnesses** [1] - 19:24
**works** [1] - 13:9

## Y

**year** [3] - 3:25, 11:21,
  11:22
**years** [10] - 3:13, 4:1,
  10:16, 10:18, 10:21,
  10:22, 11:1, 11:3,
  17:3, 17:4
**yourself** [3] - 16:4,
  16:7, 16:9